UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID SICAIROS,

              Plaintiff,

     v.

MERCED UNION HIGH SCHOOL DISTRICT, ALAN PETERSON, BRETT NICKELSON,

              Defendant.

Case No.  1:26-cv-04849-JLT-HBK

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

(Doc. No. 4)

Plaintiff proceeds in this civil action *pro se*.  (Doc. No. 1).  Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 4).  Plaintiff's declarations in the motion satisfies the requirements under § 1915.   The Court will screen plaintiff's pro se complaint in due course before ordering service.

Accordingly, it is **ORDERED**:

Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 4) is GRANTED.

Dated:    June 26, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE